# EXHIBIT F

Case 2:15-cv-08763-JAK-AS   Document 1-6   Filed 11/10/15   Page 1 of 3   Page ID #:44



